IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHU VAN NGUYEN, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| vs. | : | |
| | : | |
| SUPERINTENDENT GRACE OF | : | NO. 06-cv-2827-EL |
| SCI- HUNTINGDON, | : | |
| AND | : | |
| THE DISTRICT ATTORNEY OF | : | |
| THE COUNTY OF LANCASTER, | : | |
| AND | : | |
| THE ATTORNEY GENERAL OF | : | |
| THE STATE OF PENNSYLVANIA, | : | |
| Respondents | | |

ORDER

AND NOW, this 27th day of April, 2007, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of Chief United States Magistrate Judge Charles B. Smith, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED.

2. Objections are overruled.

3. The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 is DENIED.

4. There is no probable cause to issue a certificate of appealability.

IT IS SO ORDERED.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.